UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANCELOR DAYNE BENSON,<br><br>       Plaintiff,<br><br>      -v.-<br><br>VOSS EVENTS, INC.,<br><br>       Defendant. | 20 Civ. 6874 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Defendant's letter seeking a pre-motion conference regarding an anticipated motion to compel arbitration (Dkt. #46), and Plaintiff's letter in opposition (Dkt. #48). Based on the parties' submissions, the Court agrees with Plaintiff that it will be difficult for Defendant to succeed with its anticipated motion to compel arbitration. However, because Defendant has requested leave to pursue such a motion, the Court sets the following briefing schedule:

- Defendant's motion to compel arbitration and supporting papers shall be due on or by June 1, 2021;
- Plaintiff's opposition papers shall be due on or by June 22, 2021; and
- Defendant's reply papers shall be due on or by July 6, 2021.

For avoidance of doubt, the Court is not prejudging any motions, but it wants Defendant to understand how difficult a task awaits it. If Defendant elects not to pursue the motion, it should let the Court know promptly.

SO ORDERED.

Dated:     May 10, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge