UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANCELOR DAYNE BENSON,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>VOSS EVENTS, INC.,<br><br>                    Defendant. | 20 Civ. 6874 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record on January 14, 2022, Defendant's motion to compel arbitration is DENIED. The parties are further ORDERED to submit a joint status letter outlining the parties' proposal on next steps for this action on or before February 4, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 56.

SO ORDERED.

Dated:  January 14, 2022
        New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge